UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                       Case. No. 24-cr-20650
                                      Hon. Matthew F. Leitman

v.

SPENCER FLEMISTER,

    Defendant.
_____/

## EX PARTE ORDER ALLOWING LAPTOP
## INTO PLACE OF DETENTION

Upon Defendant's need to view electronic discovery material in the facility housing defendant, and the Court being aware of the refusal of detention facilities to allow a laptop into their facility without a court order;

**IT IS HEREBY ORDERED** that attorney Casey Swanson shall be allowed to visit defendant at his place of incarceration and enter the facility with a laptop computer for purposes of reviewing discovery material in the above-captioned matter.

**IT IS FURTHER ORDERED** that a private and confidential area shall be provided for the inmate visit.

                                           s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: January 16, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 16, 2025, by electronic means and/or ordinary mail.

                                                        <u>s/Holly A. Ryan</u>
                                                        Case Manager
                                                        (313) 234-5126